ACCEPTED
06-15-00108-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/14/2015 5:16:25 PM
DEBBIE AUTREY
CLERK

# SIXTH COURT OF APPEALS

## 06-15-00108-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

9/15/2015 10:16:00 AM

DEBBIE AUTREY
Clerk

*Alexander Nathaniel Brenes, Appellant*

*v.*

*State of Texas, Appellee*

**On Appeal from the 6th Judicial District Court
Lamar County, Texas
Cause Number 23814**

# Motion to Extend Time to File Appellant's Brief

**Michael Mowla
445 E. FM 1382 No. 3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellant**

**To the Honorable Justices of the Court of Appeals:**

Appellant Alexander Nathaniel Brenes moves for an extension of time of **30 days** to file the Appellant's Brief [*See* Tex. Rule App. Proc. 10.5(b) and 38.6(c)]:

1.     This case is on appeal from the 6th Court of Appeals of Lamar County, Texas.

2.     The case below is styled the *State of Texas v. Alexander Nathaniel Brenes*, and is numbered 23814.

3.     On June 19, 2015, sentence was imposed in open court.

4.     Appellant was convicted of Possession of a Controlled Substance with Intent to Deliver.

5.     Appellant is presently incarcerated.

6.     The reporter's record was filed on August 31, 2015.

7.     The supplemental clerk's record was filed on September 11, 2015.

8.     The Appellant's Brief is due on **September 30, 2015**.

9.     Appellant requests an extension of time of **30 days** from the present due date to file the Appellant's Brief, i.e., until **October 30, 2015**.

10.     No previous extension to file the Appellant's Brief has been filed.

11.     Appellant relies on the following facts as good cause for the requested extension: Attorney for Appellant just completed a brief in *Munoz v. State*, 05-15-00158-CR, in the Fifth Court of Appeals.

12. Further, Attorney for Appellant has the following briefs, petitions for discretionary review, or other pleadings due soon:

- *United States v. Boutte,* 4:15-cv-00575-RAS, Brief in support of motion under 28 U.S.C. § 2255, motion filed August 20, 2015, and brief scheduled to be filed on or before September 20, 2015.

- *State v. Welborn*, PD-1058-15, petition for discretionary review due in Court of Criminal Appeals, September 30, 2015.

- *Gresham v. Fischer*, 15-50642, appellant's brief due in the 5th Circuit, October 6, 2015.

- *Von Tungeln v. State*, PD-1016-15, petition for discretionary review due in Court of Criminal Appeals, October 8, 2015.

- *Estrada v. Healey*, 15-20475, appellant's brief due in the 5th Circuit, October 13, 2015.

13. In addition, Mowla has been working on two complex death penalty habeas cases - *Ex parte Thomas*, F86-85539, in the 194th Judicial District Court, and *Green v. Director*, 3:15-cv-02197-M-BH, in the Northern District of Texas.

14. Finally, Attorney for Appellant continues work on several habeas cases involving the underlying issue in *Miller v. Alabama*, 132 S.Ct. 2455 (2012).

15. Attorney for Appellant has a responsibility to provide Appellant with the effective assistance of appellate counsel, *see Evitts v. Lucey*, 469 U.S. 387, 392 (1985), and Attorney for Appellant believes that that the additional time is necessary to provide such effective appellate counsel.

16. Attorney for Appellant thus requests the extension so that he may

3

properly prepare the Appellant's Brief.

17.    This Motion is not filed for purposes of delay, but so that justice may be served.

**Prayer**

Appellant prays that this motion for extension of time to file the Appellant's Brief be granted.

Respectfully submitted,

Michael Mowla
445 E. FM 1382 No. 3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
Email: michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellant

**/s/ Michael Mowla**
Michael Mowla

**Certificate of Service**

This certifies that on September 14, 2015, a true and correct copy of this document was served on Gary Young of the District Attorney's Office, Lamar County, by email to gyoung@co.lamar.tx.us.

**/s/ Michael Mowla**
Michael Mowla